Daniel E. HEILY, Plaintiff—Appellant,

v.

UNITED STATES DEPARTMENT OF
THE INTERIOR, Defendant—
Appellee.

No. 05–2230.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 16, 2006.

Decided: Feb. 21, 2006.

Daniel E. Heily, Appellant Pro Se. R. Joseph Sher, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before MICHAEL and DUNCAN,
Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Daniel E. Heily appeals the district court's order dismissing his Freedom of Information Act case. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Heily v. United States Dep't of Interior,* No. CA–05–104–1 (E.D.Va. Oct. 13, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*